UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

DONALD W. BORDELON                                                          CASE NO. 18-2563

v.

WELLS FARGO FINANCIAL LOUISIANA LLC,
WELLS FARGO BANK N.A. acting as the loan
Servicer for WELLS FARGO FINANCIAL LOUISIANA
LLC, and HERSCHEL ADCOCK, JR. ESQ.

### HERSCHEL ADCOCK, JR.'S MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel comes, Herschel Adcock, Jr. Esq., pursuant to Federal Rule of Civil Procedure 56, for its Motion for Summary Judgment, states as follows:

**1.**

On March 12, 2018, Plaintiff filed a Complaint, and on May 22, 2018, Plaintiff filed a First Amended Complaint. See Doc. Nos. 1, 27.

**2.**

On April 25, 2018, Herschel Adcock, Jr. Esq. moved to Dismiss Plaintiff's RICO and IIED claims against it, which the Court granted in part on June 6, 2018. See Doc. Nos. 9, 35 The only remaining claims were IIED and Fraud.

**3.**

Herschel Adcock, Jr. Esq. now moves for summary judgment on Plaintiff's Fraud claims for two reasons. First, Plaintiff's claim fails to show any intent on the part of Herschel Adcock, Jr. Esq. to defraud. Second, Plaintiff has not shown that he justifiably relied on anything done by Herschel Adcock, Jr. Esq.

**4.**

Herschel Adcock, Jr. Esq. now moves for summary judgment on Plaintiff's IIED claims for three reasons. First, Plaintiff has not shown that the conduct of Adcock was extreme or outrageous. Second, Plaintiff has not shown that any distress that may have been suffered by Plaintiff was severe. Third, Plaintiff has not shown that Adcock desired to inflict severe emotional distress or knew that severe emotional distress would be certain or substantially certain to result from his conduct.

**5.**

In support of its Motion for Summary Judgment, Herschel Adcock, Jr. Esq. provides a Memorandum of Law in Support and a Statement of Material Facts, as well as the following documents attached as exhibits:

EXHIBIT A: Donald W. Bordelon Deposition Transcript; and

EXHIBIT B: Herschel Adcock, Jr. Esq. Statements of Fact

**WHEREFORE,** Herschel Adcock, Jr. Esq. respectfully requests that the Court grant this Motion for Summary Judgment and enter a Judgment dismissing this action against Herschel Adcock, Jr. Esq. with prejudice.

RESPECTFULLY SUBMITTED:

THE LAW OFFICES OF
HERSCHEL C. ADCOCK, JR.

/s/ *Harold E. Cradic, III*
HERSCHEL C. ADCOCK, JR.
ATTORNEY AT LAW, LBRN 17903
COREY J. GIROIR, LBRN 33149
PATRICIA BLANKENBAKER, LBRN 33730

>ALICIA B. COOK, LBRN 33072
>HAROLD E. CRADIC, III, LBRN 36165
>AUKSE S. JOINER, LBRN 35185
>P. O. BOX 87379
>BATON ROUGE, LA 70879
>TELEPHONE: 225-756-0373
>OUR FILE NO.: 001161L01

## CERTIFICATE OF SERVICE

I, Harold E. Cradic, III, do hereby certify that a copy of the above pleading has been forwarded to the Plaintiff via U.S. mail, postage prepaid, this 12th day of December, 2018.

>/s/*Harold E. Cradic, III*
>HAROLD E. CRADIC, III